**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:21-cv-180-WFJ-SPF**

DEANDRE RITTMAN,

    Plaintiff,

    v.

LAKELAND'S SONS, LLC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, DEANDRE RITTMAN, by and through undersigned counsel, hereby notifies this Honorable Court that the Parties have reached a resolution on this matter. The Parties are preparing the settlement agreement and will seek dismissal of this action once finalized.

    Dated: February 18, 2021.

    Respectfully Submitted,

**USA EMPLOYMENT LAWYERS -**
**JORDAN RICHARDS, PLLC**
805 East Broward Blvd., Suite 301
Fort Lauderdale, Florida 33301
Telephone: (954) 871-0050
*Counsel for Plaintiff, Deandre Rittman*

By: */s/ Melissa Scott, Esquire*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
MELISSA SCOTT, ESQUIRE
Florida Bar No. 1010123
jordan@jordanrichardspllc.com
melissa@jordanrichadrspllc.com
jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 18th day of February 2021.

                                                   By:  */s/ Melissa Scott, Esquire*
                                                   MELISSA SCOTT, ESQ.
                                                   Florida Bar No. 1010123

## SERVICE LIST:

**YINET PINO, ESQUIRE**
Florida Bar No.: 85272
**YINET PINO P.A.**
13170 SW 128th Street, Suite 202
Miami, Florida 33186
Tel: 305-298-1499
[Yinet.pino@gmail.com](mailto:Yinet.pino@gmail.com)
[Yinet.pino@yinetpinolaw.com](mailto:Yinet.pino@yinetpinolaw.com)
*Counsel for Defendant*